IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT STUBBLEFIELD, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) |
| DIRECTOR, TDCJ-CID, | ) ) ) |
| Respondent. | ) Civil Action No. 3:20-CV-0213-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Petitioner's petition for a writ of habeas corpus should be denied and dismissed.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Petitioner's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the

---

[1] Petitioner has filed timely objections to the Magistrate Judge's Findings, Conclusions, and Recommendation.

Court **ORDERS** that Petitioner's petition for a writ of habeas corpus be **DENIED** and **DISMISSED**.

SO ORDERED.

Dated July 11, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE